**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Kenneth Eugene McDANIEL,**
**Defendant–Appellant.**

No. 03–6484.

United States Court of Appeals, Fourth Circuit.

Submitted May 20, 2003.

Decided May 30, 2003.

Kenneth Eugene McDaniel, Appellant Pro Se. Robert James Conrad, Jr., United States Attorney, Jennifer Marie Hoefling, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before MICHAEL, MOTZ and GREGORY, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

PER CURIAM.

Kenneth Eugene McDaniel appeals from the district court's order denying his "Motion for an Order to Compel/Specific Performance of a Plea Agreement." We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. McDaniel,* Nos. CR–9–111; CA–00–90–3 (W.D.N.C. Mar. 7, 2003). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*